IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DAVID J. DAVIS, JR., <br> TDCJ No. 02278281, <br><br> Petitioner, <br><br> V. <br><br> BOBBY LUMPKIN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, <br><br> Respondent. | § § § § § § § § § § § § § | <br><br><br><br><br> W-23-CV-496-ADA |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court denied Petitioner David J. Davis, Jr.'s Petition for Writ of Habeas Corpus and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in this cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner David J. Davis, Jr.'s Petition for Writ of Habeas Corpus is hereby **DENIED**.

It is finally **ORDERED** that the above styled and numbered cause is **CLOSED**.

SIGNED this 18th day of July, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE